ORIGINAL

FILED

12/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0692

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0692

_____

STATE OF MONTANA,

      Petitioner,

v.

MONTANA FIRST JUDICIAL DISTRICT
COURT, LEWIS AND CLARK COUNTY,
HONORABLE MICHAEL F. MCMAHON,
Presiding,

      Respondent.

_____

**O R D E R**

**FILED**

DEC 0 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner State of Montana seeks a writ of supervisory control to reverse and vacate the November 1, 2024 Order of the First Judicial District Court, Lewis and Clark County, in Cause No. BDV 2022-1089, in which Jim Salmonsen, Warden, Montana State Prison is the respondent of a petition for writ of habeas corpus filed by Johnny Darrell Johnson, who is incarcerated at Montana State Prison. The State further requests that the District Court matter be stayed pending the resolution of this petition.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the First Judicial District Court and Johnny Darrell Johnson, or both, are each granted until December 30, 2024, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the First Judicial District Court, Lewis and Clark County, Cause No. BDV 2022-1089, and the Honorable Michael F. McMahon, presiding.

DATED this 2nd day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices